AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| JAMES INZINGA, THELMA JOY, SUSAN LAKE, DAVID MASON, JOHANNA RAIMONDI, AND THERESA SCIRA, on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>The NEW YORK STATE DEPARTMENT OF LABOR, and ROBERTA REARDON, as Commissioner of the New York State Department of Labor.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ROBERTA REARDON, as Commissioner of the
New York State Department of Labor
1220 Washington Ave.- Building 12
Albany, NY 12203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Peter Dellinger- Lead Counsel<br>Maggie Robb-   Lead Counsel<br>Empire Justice Center<br>1 West Main St., Ste. 200<br>Rochester, NY 14614 | Vanessa Glushefski- Co-Counsel<br>Kim Diana Connolly- Co-Counsel<br>COVID Law & Community Engagement Clinic<br>UB School of Law 507 O'Brian Hall- N. Campus<br>Buffalo,  NY 14260 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: